IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY J. VAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 15-1060 |
| | )  Hon. Nora Barry Fischer |
| ALLEGHENY COUNTY OF PENNSYLVANIA; WILLIAM MCKAIN, County Manager in his individual and official capacity; KARL WILLIAMS, Medical Examiner, in his individual and official capacity; ROBERT HUSTON, Administrator, Laboratory Director of the Medical Examiner of Allegheny County, in his individual and official capacity; STEPHEN PILARSKI, former Administrator of the Office of the Medical Examiner of Allegheny County and currently Deputy Manager of Allegheny County, in his individual and official capacity; and MICHAEL BAKER, former Manager of Morgue Operations, in his individual capacity, | ) |
| Defendants. | ) |

## JUDGMENT

AND NOW, this 1st day of November, 2017, the Court having granted Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants and against Plaintiffs; and,

FINALLY, as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

/s/ *Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc/ecf: All counsel of record.